```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

GHULAM M. NASIM                                CIVIL ACTION

VERSUS                                         NO: 04-2569

JO ANN B. BARNHART,                            SECTION: "R"(2)
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation.

Plaintiff's basic claim in this action is that the administrative law judge violated his due process rights by failing to hold the administrative record on plaintiff's claim for retirement income benefits open for 60 days in order to

permit plaintiff to obtain additional evidence that would establish his entitlement to benefits.  In his June 24, 2005 Findings and Recommendation, the magistrate judge recommended that plaintiff's claim that the administrative law judge violated his due process rights by failing to fully and adequately develop the administrative record be dismissed.  The magistrate judge concluded that plaintiff had no protected due process interest in his application for retirement income benefits, and that, in any event, plaintiff had failed to show that he was prejudiced by the administrative law judge's failure to hold the record in his case open because plaintiff did not establish that he would have actually presented the administrative law judge with any additional evidence.

The magistrate judge correctly found that in order to succeed on his claim, plaintiff was required to show that he was prejudiced by the administrative law judge's alleged failure to fully develop the record on his claim.  *See Carey v. Apfel*, 230 F.3d 131, 142 (5th Cir. 2000) ("To establish prejudice, a claimant must demonstrate that he or she 'could and would have adduced evidence that might have altered the result.'" (quoting *Kane v. Heckler*, 731 F.2d 1216, 1220 (5th Cir. 1984))).  As plaintiff made no such showing in this case, the magistrate judge correctly determined that his claim should be dismissed.

In light of the Court's determination that the magistrate judge did not err in recommending that plaintiff's claim be dismissed for failure to establish prejudice, the Court expresses no opinion on the magistrate judge's determination that plaintiff did not have a protected due process interest in his application for retirement income benefits.

Accordingly, IT IS ORDERED that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __2nd__ day of February, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE